ACCEPTED
01-13-00738-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 3:01:29 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-13-00738-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 3:01:29 PM
CHRISTOPHER A. PRINE
Clerk

### IN THE FIRST COURT OF APPEALS

### CHRIS WILMOT,
**Appellant**

### V.

### HARRY A. BOUKNIGHT, JR.
**Appellee**

FROM CAUSE NO.: 2010-00373;
*Harry A. Bouknight, Jr. v. WCW International, Inc. and Chris Wilmot*
IN THE 295TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

---

### OPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE MOTIONS FOR REHEARING AND/OR EN BANC
### RECONSIDERATION

---

TO THE HONORABLE JUSTICES OF SAID COURT:

Pursuant to Rules 10 and 49.8 of the Texas Rules of Appellate Procedure, Appellant, **CHRIS WILMOT** ("WILMOT"), files this Motion for Extension of Time to file his Motions for Rehearing and/or En Banc Reconsideration, asking this Court to grant WILMOT an extension of Thirty (30) days additional to the current deadline to file his Motion for Rehearing and/or En Banc Reconsideration to the Court of Appeals Opinion in this case.

1

**1.**

By an Opinion dated March 3, 2015, the Appellate Court affirmed the lower court's decision in this matter. WILMOT desires to file his Motions for Rehearing and/or En Banc Reconsideration, which Motions for Rehearing and/or En Banc Reconsideration are currently due to this honorable Court on Wednesday, March 18, 2015. The extension of time to April 17, 2015 will allow for time for WILMOT's counsel to properly respond.

**2.**

This is Appellant WILMOT's first request for an extension of time to file a Motion for Rehearing and/or En Banc Reconsideration.

**3.**

Appellant CHRIS WILMOT therefore respectfully requests an extension of thirty (30) days to file his Motions for Rehearing and/or En Banc Reconsideration, until Tuesday, April 17, 2015.

**4.**

Appellant requests this extension in the interest of justice and because his attorney, Mr. Michael M. Essmyer, Sr., is currently working on an expedited appeal in Cause No. 4:11-cr100861, *United States v. Mansour Sanjar, et al,* In the United States District Court Southern District of Texas, Judge Vanessa Gilmore

presiding; 5th Circuit Cause No. 15-20025. The case is a Medicare/Medicaid alleged fraud case.

Further, Appellant's counsel is also preparing to file objections to the granting of a summary judgment by a Federal Magistrate in Galveston in *Stanley Allen, M.D. v. University of Texas Medical Branch at Galveston*, Cause No. G-12-045. Counsel is also responding to a change of venue motion in the 410th Judicial District Court of Montgomery County, Texas, *Shane Smith and Sylvia A. Torres-Smith v. Linda Smith,* Cause No. 15-02-01016, and counsel is helping to defend an injunctive proceeding in *SYP Hospitality, LLC v. DEVSI Concrete, LLC*, Cause No. 2015-10463, in the 129th Judicial District Court of Harris County, Texas. The *SYP* case is set for a Temporary Injunction hearing on March 23, 2015. Counsel is also preparing a Response to Harris County's Motion to Dismiss in the case of *Harris County, Texas v. Manuel's Used Auto Parts No. 2, Inc.* Cause No. 2013-73275, in the 152nd Judicial District Court of Harris County, Texas.

**5.**

Counsel for Appellee, Mr. Brian Poldrack, advises that the Appellee is opposed to the filing of this motion.

**6.**

Appellant asks this Court to grant the extension of time of an additional thirty (30) days for Appellant WILMOT to file his Motions for Rehearing and/or

3

En Banc Reconsideration, so that such Motions will now be due on, and including, Friday, April 17, 2015.

Respectfully submitted,

*/s/ Michael M. Essmyer, Sr.*
MICHAEL M. ESSMYER. SR.
State Bar No. 06672400
Essmyer & Daniel. P.C.
5111 Center Street
Houston, Texas  77007
(713)869-1155 Telephone
(713)869-8659 Facsimile
messmyer@essmyerdaniel.com

## CERTIFICATE OF CONFERENCE

Pursuant to TEX.R.APP.P. 10.1(a)(5), I hereby certify that I have conferred with Appellee's attorney telephonically on March 9, 2015 and by email again on March 11, 2005, concerning the filing of this motion and that Appellee is opposed to this request.

*/s/ Michael M. Essmyer, Sr.*

## CERTIFICATE OF COMPLIANCE

As required by TEX. R. APP. P. 9.4(i)(3), I certify that this document was generated by a computer using Microsoft Word, which indicated the word count of this document is 475 words.

*/s/ Michael M. Essmyer, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2014, Appellant Chris Wilmot's Opposed Motion for Extension of Time to file Motions for Rehearing and/or *En Banc* Reconsideration was served on the following via the indicated manner:

*via e-service, certified mail - rrr and/or fax*

Brian Poldrack
bpoldrack@zimmerlaw.com
Ann Marie Finch
afinch@zimmerlaw.com
ZIMMERMAN, AXELRAD, MEYER,
STERN & WISE, P.C.
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
(713)552-1234 (Phone)

ATTORNEYS FOR HARRY A. BOUKNIGHT, JR.

*/s/ Michael M. Essmyer, Sr.*